UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL JASEN SANDVIGEN,<br><br>                Plaintiff,<br><br>v.<br><br>CHERYL STRANGE, Secretary of DOC; JEFF UTTECHT, CRCC Superintendent; JASON BENNETT, OCC Superintendent; and BRENT CARNEY, DOC Dietary Manager,<br><br>                Defendants. | NO: 4:21-CV-5111-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Michael Jasen Sandvigen's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 9. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

1   Plaintiff also filed a motion and affidavit requesting that collection of the
2   remaining balance of the filing fee be waived. ECF No. 10. For good cause shown,
3   **IT IS ORDERED** that Plaintiff's motion to waive collection of the filing fee, ECF
4   No. 10, is **GRANTED** and the institution having custody of Mr. Sandvigen shall
5   cease collection of the filing fee in this action, cause number **4:21-CV-5111-TOR** .

6   **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,
7   enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **close**
8   the file. The Clerk of Court is further directed to provide a copy of this Order to the
9   **Department of Corrections, Attn: LFO/COS UNIT.** The Clerk of Court also
10  **shall** provide a copy of this Order to the Financial Administrator for the United
11  States District Court, Eastern District of Washington.

12      **DATED** November 12, 2021.



THOMAS O. RICE
United States District Judge